## THE STATE v. HARTER.

[No. 21,065. Filed February 4, 1908.]

From Wabash Circuit Court; *A. H. Plummer*, Judge.

Prosecution by the State against Dayton C. Harter. From an order quashing the indictment, the State appeals. *Affirmed.*

*James Bingham*, Attorney-General, *A. G. Cavins, E. M. White, H. M. Dowling* and *Frank C. Carpenter*, Prosecuting Attorney, for the State.

*Warren G. Sayre, Isaac E. Gingerick* and *William F. McNagny*, for appellee.

GILLETT, J.—The State in this case seeks to secure the reversal of a judgment in which the court below quashed each count of an

indictment returned against appellee. In all respects pertinent to the law questions involved, it may be said that said counts are the same as those in *State* v. *Krasher* (1908), *ante*, 43, and upon the authority of that case the judgment herein is affirmed.